**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Jerry Hogan, Respondent,

v.

Corder and Sons, Inc., Appellant.

Appellate Case No. 2016-000259

———————

Appeal From Lexington County
D. Garrison Hill, Circuit Court Judge

———————

Unpublished Opinion No. 2017-UP-264
Submitted May 1, 2017 – Filed June 28, 2017

———————

**AFFIRMED**

———————

Jonathan R. Hendrix, of Hendrix & Steigner, of Cayce, for Appellant.

Bradd W. Bunce, of Green Law Firm, LLC, of Columbia, for Respondent.

———————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: Rule 50(a), SCRCP ("When upon a trial the case presents only questions of law the [court] may direct a verdict."); *RFT Mgmt. Co. v. Tinsley & Adams L.L.P.*, 399 S.C. 322, 331, 732 S.E.2d 166, 171 (2012) ("A motion for a [judgment notwithstanding the verdict (JNOV)] is merely a renewal of the directed

verdict motion."); *id.* at 332, 732 S.E.2d at 171 ("The trial court must deny a motion for a directed verdict or JNOV if the evidence yields more than one reasonable inference or its inference is in doubt."); *id.* ("Moreover, '[a] motion for JNOV may be granted only if no reasonable jury could have reached the challenged verdict.'" (alteration by court) (quoting *Gastineau v. Murphy*, 331 S.C. 565, 568, 503 S.E.2d 712, 713 (1998))); *id.* ("An appellate court will reverse the trial court's ruling only if no evidence supports the ruling below."); *Simmons v. Tuomey Reg'l Med. Ctr.*, 341 S.C. 32, 42, 533 S.E.2d 312, 317 (2000) ("An employer has a nondelegable duty to employees to provide a reasonably safe work place and suitable tools, and remains vicariously liable for injuries caused by unsafe activities or tools under the employer's control.").

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.